# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :     No. 48 EAL 2022
:
           Respondent               :
:     Petition for Allowance of Appeal
:     from the Order of the Superior Court
          v.                     :
:
:
VINCENT DAVIS A/K/A TERRELL     :
STRONG,                           :
:
           Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of July, 2022, the Application for Leave to File Post-Submission Communication is **GRANTED**, and the Petition for Allowance of Appeal is **DENIED**.